UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MITCHELL ALAN TITUS, | : | CIVIL ACTION NO. 3:CV-18-1626 |
| Plaintiff | : | (Judge Nealon) |
| v. | : | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., | : | |
| Defendants | : | |

FILED
SCRANTON
OCT 15 2018
PER_____
DEPUTY CLERK

## ORDER

AND NOW, THIS 15th DAY OF OCTOBER, 2018, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 6) is **GRANTED**.

2. The complaint is deemed filed.

3. Plaintiff's complaint is **DISMISSED** without prejudice under 28 U.S.C. §1915(e)(2)(B)(i) and 28 U.S.C. §1915A.

4. The Clerk of Court is directed to issue the Administrative Order to the Warden directing the Warden to begin deducting money from the inmate's account in the manner described in the Administrative Order.

5. The Clerk of Court is directed to **CLOSE** this case.

6. Any appeal from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

BY THE COURT:

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Judge**